FILED
COURT OF APPEALS
DIVISION II

2013 JUL -2 AM 9: 05

STATE OF WASHINGTON

BY_____
DEPUTY

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| MULTICARE d/b/a MARY BRIDGE CHILDREN'S HOSPITAL, | No. 42567-0-II |
| Appellant, | |
| v. | ORDER AMENDING OPINION AND DENYING MOTION FOR RECONSIDERATION |
| STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |
| Respondent. | |

The published opinion in this case was filed on January 29, 2013. This opinion is hereby amended as follows:

Footnote 6 on page 8 that reads:

We have found one case analyzing this issue, and it supports our conclusion, *Michael Reese Hosp. V. State*, 44 Ill ct. Cl. 61, 1992 WL 12147804 (1992). That court concluded that when a patient incurs expenses that exceed the spenddown, but the negotiated rate is less than the spenddown, the patient owes the hospital the negotiated rate and the State owes the hospital nothing. *Michael Rees Hosp.*, at *2-3.

is deleted. The following language is inserted in its place:

We have found one case analyzing this issue, and it supports our conclusion, *Michael Reese Hosp. V. State*, 44 Ill ct. Cl. 61, 1992 WL 12147804 (1992). That court concluded that when a patient incurs expenses that exceed the spenddown, but the negotiated rate is less than the spenddown, the patient owes the hospital the negotiated rate and the State owes the hospital nothing. *Michael Rees Hosp.*, at *2-3. Although Illinois, unlike Washington, is a § 209(b) state, this case is still instructive. Section 209(b) status affects income requirements for Medicaid eligibility, it does not exempt participating states from the federal spenddown requirements at issue here. *See Schweiker v. Gray Panthers*, 453 U.S. 34, 38-39 n.5 (1981) ("States exercising the § 209(b) option were required to adopt a 'spend-down' provision."); *Michael Reese Hosp.* at *1 (citing 42 C.F.R. § 435.831). "

42567-0-II

We further order that Appellant's Motion for Reconsideration filed on February 8, 2013 is denied.

DATED this _____ 2nd _____ day of _____ July _____, 2013.

_____
Penoyar, J.

We concur:

_____
Quinn-Brintnall, J.

_____
Johanson, A.C.J.

2